# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARLO ANTHONY AYALA,**

    Plaintiff,

-vs-                              Case No. 6:05-cv-715-Orl-22DAB

**BANC ONE FINANCIAL SERVICES,
INC., a/k/a: Bank One Corporation,**

    Defendant.

---

## ORDER

On June 24, 2005 Defendants filed a Motion to Dismiss. Since Plaintiff is appearing *pro se*, he is advised that the granting of this motion would represent a final adjudication of this case which may foreclose subsequent litigation on the matter.

The Plaintiff shall respond to the motion to dismiss on or before **August 5, 2005**. The failure to respond to the motion will result in the dismissal of this case for failure to prosecute under Local Rule 3.10. If the Plaintiff files a timely response, the motion will be taken under advisement and an order will be entered thereon without further notice.

**DONE and ORDERED** in Chambers, in Orlando, Florida this _8th_ day of July, 2005.

                                            DAVID A. BAKER
                                            United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party